**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:19-20351-CR-ALTONAGA**

**UNITED STATES OF AMERICA**

v.

**JESUS RAMON VEROES,**

     **Defendant.**

_____/

**NOTICE OF FILING UPDATED MEDICAL STATUS**

     Defendant, Jesus Ramon Veroes, hereby notifies the Court of reporting of his medical status. In the early morning hours of July 17, 2020, undersigned counsel were informed by Veroes' wife, that he had been transferred from his unit for medical treatment relating to the onset of respiratory issues, a common symptom of COVIS-19.[1] It is unclear, at present, whether Veroes has been transferred to the medical unit in the facility, or to an outside hospital. Upon hearing this report, undersigned counsel immediately requested additional information and details from the facility.

---

[1] On July 16, 2020 Veroes (and others) at the private facility were informed in writing that and unspecified number of the facility's inmates and staff have tested positive for infection with the Coronavirus. The advice also clarified that inmates have not and will not be tested, even if exposed to someone with the virus, until symptomatic.

Counsel for the Government has been advised of this development. Further updates will be provided to the Court and Government counsel upon receipt.

GENOVESE, JOBLOVE & BATTISTA, P.A.
200 E. Broward Blvd. Suite 1110
Fort Lauderdale, FL 33301
Tel.: (954) 453-8000
Fax: (954) 453-8010

/s/ Theresa M.B. Van Vliet
Theresa M.B. Van Vliet, Esq.
 Fla. Bar No. 374040
 Email: tvanvliet@gjb-law.com

-and-

Law Office of
Carlos A. Perez-Irizarry, P.A.
37 N. Orange Avenue, Suite 500
Orlando, FL 32801

/s/Carlos A. Perez-Irizarry
Carlos A. Perez-Irizarry, Esq.
FL Bar No.: 861251
Email: Carlos@capilawpa.com
Tel. No. (407) 210-2400

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was filed and served via CM/ECF Notification to all parties registered to receive electronic notice on this 17th day of July, 2020.

/s/ Theresa M.B. Van Vliet
Theresa M.B. Van Vliet