UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:19-20351-CR-ALTONAGA

**UNITED STATES OF AMERICA**

v.

**JESUS RAMON VEROES,**

    **Defendant.**

_____/

## MOTION TO WITHDRAW AS COUNSEL

Movants, Theresa M.B. Van Vliet, Esq. and Carlos A. Perez-Irizarry, Esq. file this Motion to Withdraw As Counsel (the "Motion") and respectfully request this Court to enter an Order permitting Mrs. Van Vliet and Mr. Perez-Irizarry to withdraw from further representation of Defendant, Jesus Ramon Veroes, and by virtue of which be relieved of all further responsibility as to representation of Mr. Veroes, and in support thereof states, as follows:

    1.    On June 4, 2019, Mr. Perez-Irizarry filed a Notice of Appearance for Mr. Veroes [DE 22].

    2.    On June 13, 2019, Mrs. Van Vliet filed a Notice of Attorney Appearance for Mr. Veroes [DE 35].

    3.    Mr. Veroes has retained Steven Benjamin Ross as his new counsel, and Mr. Ross filed a Notice of Attorney Appearance with the Court on August 26, 2020 [DE 141].

    4.    Mrs. Van Vliet and Mr. Perez-Irizarry are providing Mr. Veroes with a copy of this Motion.

**WHEREFORE**, the Movants, Mrs. Van Vliet and Mr. Perez-Irizarry respectfully requests this Court to enter an Order: (i) granting the Motion; (ii) providing for and permitting the counsel

to withdraw as counsel for the Defendant, Jesus Ramon Veroes, in this case and any other proceedings related thereto; and (iii) and for such further relief as the Court may deem just and proper.

**Dated: August 27, 2020.**

> GENOVESE, JOBLOVE & BATTISTA, P.A.
> 200 E. Broward Blvd. Suite 1110
> Fort Lauderdale, FL 33301
> Tel.: (954) 453-8000
> Fax: (954) 453-8010
>
> /s/ Theresa M.B. Van Vliet
> Theresa M.B. Van Vliet, Esq.
> Fla. Bar No. 374040
> Email: tvanvliet@gjb-law.com
>
> -and-
>
> Law Office of
> Carlos A. Perez-Irizarry, P.A.
> 37 N. Orange Avenue, Suite 500
> Orlando, FL 32801
>
> /s/Carlos A. Perez-Irizarry
> Carlos A. Perez-Irizarry, Esq.
> FL Bar No.: 861251
> Email: Carlos@capilawpa.com
> Tel. No. (407) 210-2400

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was filed and served via CM/ECF Notification to all parties registered to receive electronic notice on this 27th day of August, 2020.

> /s/ Theresa M.B. Van Vliet
> Theresa M.B. Van Vliet

## SERVICE LIST

### *Via CM/ECF Notification*

Alexander J. Kramer    Alexander.Kramer@usdoj.gov

Annika Marie Miranda    annika.miranda@usdoj.gov, Amy.j.white@usdoj.gov, CaseView.ECF@usdoj.gov, usafls-hqdkt@usdoj.gov

Carlos A. Perez-Irizarry    Carlos@capilawpa.com

John A. Romano    John-Alex.Romano@usdoj.gov, fraud.fcpa.ecf@usdoj.gov

Joseph Palazzo    joseph.palazzo@usdoj.gov

Michael Brian Nadler    michael.nadler@usdoj.gov, CaseView.ECF@usdoj.gov, maureen.rodriguez@usdoj.gov, melissa.jimison@usdoj.gov, michaelbnadler@gmail.com, USAFLS-HQDKT@usdoj.gov

Nalina Sombuntham    nalina.sombuntham2@usdoj.gov, CaseView.ECF@usdoj.gov, jeanette.rosa@usdoj.gov, marilyn.dekle@usdoj.gov

Steven Benjamin Ross    steven@rossasmar.com

Theresa Mary Bailey Van Vliet    tvanvliet@gjb-law.com, bsilva@gjb-law.com, chopkins@gjb-law.com, gjbecf@ecf.courtdrive.com, vlambdin@gjb-law.com

### **Via U.S. Mail**

Jesus Ramon Veroes
18036-104
D. Ray James
Correctional Institution
Inmate Mail/Parcels
Post Office Box 2000
Folkston, GA 31537