**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-20351-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**JESUS RAMON VEROES**,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court on Defendant, Jesus Ramon Veroes' Motion to File Under Seal [ECF No. 175]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** in part. Defendant's Motion Memorandum in Support of Motion for Reduction of Sentence [ECF No. 176] shall be filed under seal and shall remain under seal until **July 9, 2022**. This Order, the Motion to File Under Seal [ECF No. 175], and Defendant's Local Rule 88.9 Certification – Motion for Compassionate Release [ECF No. 177] shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 9th day of July, 2021.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE_

cc: counsel of record