# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 19-20351-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JESUS RAMON VEROES**,

    Defendant.

_____/

## **ORDER**

**THIS CAUSE** is before the Court on Defendant, Jesus Ramon Veroes's Motion Memorandum in Support of Motion for Reduction of Sentence [ECF No. 176], filed on July 9, 2021. Upon careful review, the Motion must be denied.

As noted by the Government in its Response [ECF No. 179], Defendant presents no extraordinary or compelling reason for the requested compassionate release. Defendant recovered from COVID-19 in August of last year; received his second Pfizer COSIV-19 vaccine in March 2021; and has a scheduled release date of September 29, 2021, just a few weeks from today. (*See generally id.*). Finally, the factors in 18 U.S.C. section 3553(a) do not support an early release for the reasons cogently explained by the Government. (*See* Resp. 5–6).

Being fully advised, it is

**ORDERED AND ADJUDGED** that Defendant, Jesus Ramon Veroes's Motion Memorandum in Support of Motion for Reduction of Sentence **[ECF No. 176]** is **DENIED**. This Order shall not be filed under seal.

CASE NO. 19-20351-CR-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 11th day of August, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record